UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILL LONZO, | ) | No. 21 C |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Judge |
| ANTHONY J. BLANCO (STAR #16816), | ) | |
| KENNETH HOOPER (STAR #4656), | ) | Magistrate |
| MICHAELEN M. JOHNSON (STAR #931), | ) | |
| individually and as agents of CITY OF | ) | |
| CHICAGO, ILLINOIS, A Municipal | ) | |
| Corporation and Body Politic, one or more | ) | |
| unidentified Physicians employed or | ) | |
| practicing at Loretto Hospital and | ) | |
| LORETTO HOSPITAL, | ) | |
|     Defendants. | ) | Jury Demanded |

**COMPLAINT OF VIOLATION OF CIVIL RIGHTS UNDER COLOR OF LAW (42 U.S.C. SECTION 1983) AND OTHER RELIEF (PENDENT STATE LAW CLAIM)**

    PLAINTIFF complains of the Defendants as follows:

**COUNT I.    UNLAWFUL ARREST AND DETENTION IN VIOLATION OF PLAINTIFF'S CIVIL RIGHTS UNDER COLOR OF LAW**

1.    Jurisdiction is based on Title 28 U.S.C. Section 1331, as this lawsuit invokes Title 42 U.S.C. Section 1983, a statute or law of the United States of America.

2.    Venue is appropriate before this Court, as all events transpired within the County of Cook, State of Illinois, within the geographic expanse of this Court.

3.    Plaintiff was on about August 25, 2020, a citizen and domiciliary of the City of Chicago, Cook County, State of Illinois, residing at 4349 W. Jackson Blvd., Chicago, Ill. 60624.

4.    Plaintiff reported a disturbance in his residential building on August 25, 2020, to the Chicago Police Department ("CPD"), an arm and department of Defendant CITY OF

CHICAGO, ILLINOIS, A Municipal Corporation and Body Politic (this Municipality defendant will be referred to sometimes herein as "City" or "Chicago").

5. On behalf of CPD, Defendants ANTHONY J. BLANCO (STAR #16816 – herein "Blanco") and KENNETH HOOPER (STAR #4656 – herein "Hooper"), responded to the calland met with Plaintiff at the aforementioned time at Plaintiff's then-residence at 4349 W. Jackson Blvd., Chicago, Ill.

6. In the course of their encounter with Plaintiff, Defendants Blanco and Hooper, individually and on behalf of Defendant City, detained Plaintiff against his will and transported him to Loretto Hospital, for the purpose, upon information and belief, of confining Plaintiff at Loretto Hospital.

7. Upon information and belief, Defendant Blanco or / and Defendant Hooper signed a Petition for Involuntary Commitment, or a similar petition, against Plaintiff requesting that Plaintiff be confined to Loretto Hospital, or other medical or sanitary institution, against Plaintiff's will.

8. Upon information and belief, Defendant MICHAELEN M. JOHNSON (STAR # 931 – herein "Johnson") was on August 25, 2020, the supervising Sergeant and supervisor within CPD of Defendants Blanco and Hooper, and approved all actions of Defendants Blanco and Hooper, including signing and presentation to Loretto Hospital personnel of the Petition for Involuntary Commitment.

9. Upon information and belief, on August 25, 2020, neither Defendant Blanco nor Defendant Hooper nor Defendant Johnson had the credentials or professional qualifications to deem Plaintiff a candidate for Involuntary Commitment, or to deliver Plaintiff to Loretto Hospital for confinement or detention against Plaintiff's will.

10. Upon information and belief, Defendants Blanco, Hooper and Johnson intentionally caused Plaintiff to be involuntarily detained at Loretto Hospital for a period of several days, including and following August 25, 2020, until and including approximately August 28, 2020, or thereafter.

11. Plaintiff never consented to his detention by CPD Officers including Defendants Blanco and Hooper, transportation to Loretto Hospital or detention or confinement at Loretto Hospital.

12. Upon information and belief, Defendants Blanco, Hooper and Johnson intentionally caused Plaintiff to be involuntarily detained at Loretto Hospital without obtaining a Court Order or physician's evaluation, in violation of Plaintiff's right to be free of unjustified detention.

13. Defendants' Blanco's, Hooper's and Johnson's detention and confinement of Plaintiff was effected under color of law, in that these Defendants used their authority and office as CPD Officers and Sergeant and their official status as law enforcement officers of the Defendant City to effect Plaintiff's involuntary detention, transportation and confinement.

14. Defendants' Blanco's, Hooper's and Johnson's detention and confinement of Plaintiff directly and proximately caused Plaintiff to experience and suffer psychological pain, trauma and suffering, mental and emotional anguish, loss of earnings and extreme emotional distress.

15. Defendant Loretto Hospital, and Defendants one or more unidentified Physicians employed or practicing at Loretto Hospital, confined and detained Plaintiff based upon Defendants Blanco's and Hooper's Petition for Involuntary Commitment, and on their detention and confinement of Plaintiff and transporting Plaintiff to Defendant Loretto Hospital to effect and continue the detention and confinement of Plaintiff.

16. Defendant Loretto Hospital, and Defendants one or more unidentified Physicians employed or practicing at Loretto Hospital, thus assisted and abetted Defendants' unlawful

detention and confinement of Plaintiff, and in proximately causing the aforementioned psychological suffering and emotional distress and damages to Plaintiff.

Wherefore, Plaintiff WILL LONZO requests that this Court enter judgment in his favor against Defendants ANTHONY J. BLANCO (STAR #16816), KENNETH HOOPER (STAR #4656), MICHAELEN M. JOHNSON (STAR #931), individually and as agents of CITY OF CHICAGO, ILLINOIS, CITY OF CHICAGO, ILLINOIS, a Municipal Corporation and Body Politic, one or more unidentified Physicians employed or practicing at Loretto Hospital and LORETTO HOSPITAL, jointly and severally, in a sum in excess of $75,000.00, with Plaintiff's costs being awarded to her and taxed against Defendants.

**COUNT II.    UNLAWFUL SEIZURE AND DETENTION OF PLAINTIFF IN VIOLATION OF PLAINTIFF'S FOURTH AMENDMENT CONSTITUTIONAL RIGHTS UNDER COLOR OF LAW**

17 - 32.    PLAINTIFF repeats the allegations of Paras. 1 through 16 inclusive of Count I as though fully set forth.

33.    On August 25, 2020, through August 31, 2020, and at all times relevant to this Complaint, Plaintiff enjoyed a right to be free from unreasonable seizures of his person, protected by the Fourth Amendment of the United States Consitution.

34.    Defendants' aforementioned detention, transportation and confinement of Plaintiff directly and proximately violated Plaintiff's Fourth Amendment rights to be free from unreasonable seizures of his person.

35.    Defendants' Blanco's, Hooper's and Johnson's violations of Plaintiff's Fourth Amendment rights directly and proximately caused Plaintiff to experience and suffer psychological pain, trauma and suffering, mental and emotional anguish, loss of earnings and

extreme emotional distress.

36. Defendant Loretto Hospital, and Defendants one or more unidentified Physicians employed or practicing at Loretto Hospital, assisted and abetted Defendants' Blanco's, Hooper's and Johnson's violations of Plaintiff's Fourth Amendment rights, and in proximately causing the aforementioned psychological suffering and emotional distress and damages to Plaintiff.

Wherefore, Plaintiff WILL LONZO requests that this Court enter judgment in his favor against Defendants ANTHONY J. BLANCO (STAR #16816), KENNETH HOOPER (STAR #4656), MICHAELEN M. JOHNSON (STAR #931), individually and as agents of CITY OF CHICAGO, ILLINOIS, CITY OF CHICAGO, ILLINOIS, a Municipal Corporation and Body Politic, one or more unidentified Physicians employed or practicing at Loretto Hospital and LORETTO HOSPITAL, jointly and severally, in a sum in excess of $75,000.00, with Plaintiff's costs being awarded to her and taxed against Defendants.

**COUNT III.   FALSE ARREST (PENDENT STATE LAW CLAIM)**

37 - 72.    PLAINTIFF repeats the allegations of Paras. 1 through 16 inclusive of Count I and Paras. 33 through 36 inclusive of Count II as though fully set forth.

73. Defendants' detention, transportation and confinement of Plaintiff was effected against Plaintiff's will, intentionally and without probable cause or justification for such forced detention and confinement.

74. Defendants' False Arrest of Plaintiff directly and proximately caused Plaintiff to experience and suffer psychological pain, trauma and suffering, mental and emotional anguish, loss of earnings and extreme emotional distress.

Wherefore, Plaintiff WILL LONZO requests that this Court enter judgment in

his favor against Defendants ANTHONY J. BLANCO (STAR #16816), KENNETH HOOPER (STAR #4656), MICHAELEN M. JOHNSON (STAR #931), individually and as agents of CITY OF CHICAGO, ILLINOIS, CITY OF CHICAGO, ILLINOIS, a Municipal Corporation and Body Politic, one or more unidentified Physicians employed or practicing at Loretto Hospital and LORETTO HOSPITAL, jointly and severally, in a sum in excess of $75,000.00, with Plaintiff's costs being awarded to her and taxed against Defendants.

**COUNT IV.   INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (PENDENT STATE LAW CLAIM)**

75 - 110.    PLAINTIFF repeats the allegations of Paras. 1 through 16 inclusive of Count I and Paras. 33 through 36 inclusive of Count II as though fully set forth.

111.    Defendants' detention, transportation and confinement of Plaintiff effected against Plaintiff's will was, upon information and belief, intended and calculated by Defendants to cause extreme emotional distress to Plaintiff, and without cause or justification attributable to Plaintiff.

112.    Defendants' intentional infliction of emotional distress to Plaintiff directly and proximately caused Plaintiff to experience and suffer psychological pain, trauma and suffering, mental and emotional anguish, loss of earnings and extreme emotional distress.

Wherefore, Plaintiff WILL LONZO requests that this Court enter judgment in his favor against Defendants ANTHONY J. BLANCO (STAR #16816), KENNETH HOOPER (STAR #4656), MICHAELEN M. JOHNSON (STAR #931), individually and as agents of CITY OF CHICAGO, ILLINOIS, CITY OF CHICAGO, ILLINOIS, a Municipal Corporation and Body Politic, one or more unidentified Physicians employed or practicing at Loretto Hospital and LORETTO HOSPITAL, jointly and severally, in a sum in excess of $75,000.00, with Plaintiff's costs being awarded to her and taxed against Defendants.

Jury demanded.

                                                WILL LONZO,


                                        By:____/S/__ Michael J. Greco _____
                                               Michael J. Greco, Attorney at Law
                                               Attorney for Plaintiff

Atty. No. 6201254
Michael J. Greco, Attorney at Law
Attorney for Plaintiff WILL LONZO
175 W. Jackson Blvd., Suite 240
Chicago, Illinois 60604
312 222-0599
Email michaelgreco18@yahoo.com